UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KWONG HIU YUNG,<br><br>        Plaintiff,<br><br>   v.<br><br>INSTITUTIONAL TRADING<br>CORPORATION et al.,<br><br>        Defendants. | Case No.: C 11-01056 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On March 14, 2011, Defendants filed a motion to dismiss this action, which has been assigned to a magistrate judge. As a result, each party was required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge, no later than March 21, 2011. *See* Civ. L.R. 73-1(a)(2). None of the parties has either consented or requested reassignment. Therefore,

IT IS HEREBY ORDERED that no later than March 28, 2011, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court or from the Forms (Civil) section of the court's website at

1 | www.cand.uscourts.gov.

2 | Dated: March 23, 2011

                                                                                    _____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 2*

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Kwong Hiu Yung
1376 Keenan Way
San Jose, CA 95125-5990

Dated: March 23, 2011

                                                */s/ Chambers Staff*
                                          Chambers of U.S. Magistrate Judge Paul S. Grewal