1
2
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT
9                            NORTHERN DISTRICT OF CALIFORNIA
10                                     SAN JOSE DIVISION
11

12 | KWONG HIU YUNG,                          )   Case No.: C 11-01056 PSG
                                              )
13 |         Plaintiff,                       )   **ORDER SETTING DEADLINE FOR**
                                              )   **PARTY TO FILE EITHER A**
14 |    v.                                    )   **"CONSENT TO PROCEED BEFORE A**
                                              )   **UNITED STATES MAGISTRATE**
15 | INSTITUTIONAL TRADING                    )   **JUDGE," OR ELSE A "DECLINATION**
    | CORPORATION et al.,                     )   **TO PROCEED BEFORE A UNITED**
16 |                                          )   **STATES MAGISTRATE JUDGE AND**
    |        Defendants.                      )   **REQUEST FOR REASSIGNMENT"**
17 |_____ )

18       On March 14, 2011, Defendants filed a motion to dismiss this action, which has been

19 assigned to a magistrate judge. As a result, each party was required either to file written consent

20 to the jurisdiction of the magistrate judge or to request reassignment to a district judge, no later

21 than March 21, 2011.[1] None of the parties consented or requested reassignment by that date. On

22 March 23, 2011, the court extended the deadline to consent or to request reassignment to March

23 28, 2011. On March 28, 2011, Plaintiff and Defendant Institutional Trading Corporation

24 consented to magistrate judge jurisdiction. Defendant IT Discovery, Inc. has neither consented

25 nor requested reassignment.

26       IT IS HEREBY ORDERED that no later than March 31, 2011, Defendant IT Discovery,

27 Inc. shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a

28 _____
    [1] *See* Civ. L.R. 73-1(a)(2).

ORDER, *page 1*

1 | "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment."
2 | Both forms are available from the clerk of the court or from the Forms (Civil) section of the court's
3 | website at www.cand.uscourts.gov.
4 | Dated: March 29, 2011

                            PAUL S. GREWAL
                            United States Magistrate Judge

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Kwong Hiu Yung
1376 Keenan Way
San Jose, CA 95125-5990

Dated: March 30, 2011

                                                    */s/ Chambers Staff*
                                                    Chambers of U.S. Magistrate Judge Paul S. Grewal